COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 March 19, 2015
 No. 10-14-00334-CR
 JASON RANDALL JOHNSON
 v.
 THE STATE OF TEXAS
 
 
 From the 19[th] District Court
 McLennan County, Texas
 Trial Court No. 2012-1283-C1
 
--------------------------------------------------------------------------------
JUDGMENT

 Jason Randall Johnson's motion to dismiss his appeal was considered by the Court. The Court grants the motion. It is the judgment of this Court that the appeal is dismissed. 
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK

 By: Nita Whitener 
 Deputy Clerk